COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Laurel Bay, Ltd. v. Simbaki, Ltd.

Appellate case number:   01-11-01122-CV

Trial court case number:  CV0064445

Trial court:                      County Court at Law No. 1 of Galveston County

This case involves an appeal from a judgment signed on December 16, 2011. Appellant timely filed its notice of appeal on December 28, 2011. *See* TEX. R. APP. P. 26.1. The record was due on February 14, 2012. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record was filed on March 12, 2012. The reporter's record has not been filed.

On July 26, 2012, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless it provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that it was exempt from paying for the reporter's record by August 15, 2012, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that it has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ <u>Justice Harvey Brown</u>
                          ☑ Acting individually      ☐ Acting for the Court

Date:  October 9, 2012